**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

_____

No. 98-60124
Summary Calendar
_____

ELLA ARMSTRONG,

                                        Plaintiff-Appellant,

versus

KENNETH S. APFEL,
COMMISSIONER OF SOCIAL SECURITY,

                                        Defendant-Appellee.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Mississippi
USDC No. 3:97-CV-57-B
- - - - - - - - - -

April 30, 1999

Before HIGGINBOTHAM, JONES and DENNIS, Circuit Judges.

PER CURIAM:[*]

Ella Armstrong appeals the district court's judgment for the Commissioner in his action pursuant to 42 U.S.C. § 405(g) for review of the Administrative Law Judge's ("ALJ") decision denying her request for Disability Insurance Benefits and Supplemental Security Income.  We review the Commissioner's decision to determine whether the decision is supported by substantial evidence

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

in the record and whether the Commissioner applied the proper legal standards in evaluating the evidence. <u>Villa v. Sullivan</u>, 895 F.2d 1019, 1021 (5th Cir. 1990).

Armstrong makes the following contentions: (1) the Commissioner did not adequately consider "the severity and effects" of her physical impairments on her residual functional capacity; (2) the Commissioner did not properly evaluate her mental impairments; (3) the ALJ failed to fulfill his duty by not ordering a consultative neurological examination; and 4) the case should be remanded because the transcript of the hearing before the ALJ contains "repeated references to the inaudibility of [Armstrong's] testimony." We have reviewed the record and the parties' briefs, and we find no reversible error. Accordingly, we AFFIRM the judgment entered by the district court. <u>See</u> <u>Armstrong v. Apfel</u>, No. 3:97CV57-B-B (N.D. Miss. Jan. 12, 1998).

AFFIRMED.